# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES RICHARD ELEY

NO. 2019 KW 0541

JUL 17 2019

---

In Re:  James Richard Eley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 523,565.

---

BEFORE:  WELCH, HOLDRIDGE, AND CHUTZ, JJ.

**WRIT DENIED.**

JEW
WRC

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT